UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

GARY WILLIAM MCDEVITT

Case No: 2:13-cr-82-FtM-29DNF

18 U.S.C. § 875(c)
26 U.S.C. § 7212(a)



## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 2, 2012, in the Middle District of Florida, and elsewhere,

GARY WILLIAM MCDEVITT,

defendant herein, did knowingly and willfully transmit in interstate commerce from Collier County, Florida, to Chicago, Illinois, a telephone communication to M.M. of Community Tax Relief, which contained a threat to injure R.F., a Revenue Officer of the Internal Revenue Service, Department of the Treasury, specifically, defendant GARY WILLIAM MCDEVITT threatened to kill Revenue Officer R.F.

In violation of Title 18, United States Code, Section 875(c).

### COUNT TWO

On or about October 2, 2012, in the Middle District of Florida, and elsewhere,

GARY WILLIAM MCDEVITT,

defendant herein, did knowingly by threats of force endeavor to intimidate and impede R.F., a Revenue Officer of the Internal Revenue Service, Department of the Treasury, an employee of the United States, while R.F. was acting in an official capacity under Title 26, United States Code, relating to a Notice of Levy filed by the Internal Revenue

Service on a bank account maintained by defendant GARY WILLIAM MCDEVITT at Sun Trust Bank.

In violation of Title 26, United States Code, Section 7212(a).

## FORFEITURES

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 875(c) set forth in Count One of this Indictment, the defendant, GARY WILLIAM MCDEVITT, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under

the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b).

Date: 6-12-13

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Jeffrey F. Michelland
Assistant United States Attorney
Trial Counsel

By: _____
David G. Lazarus
Assistant United States Attorney

By: _____
Nicole H. Waid
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:13-cr-        -FtM-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

GARY WILLIAM MCDEVITT

## INDICTMENT

Violations:

18 USC § 875(c)
26 USC § 7212(a)

A true bill,

_Dorothy K. Jones_
Foreperson

Filed in open court this 12th day

of June, 2013.

_____  Clerk

Bail $ _____

GPO 863 525

L:\_Criminal Cases\M\McDevitt, Gary_2012R0   JFM\Indictment Back.wpd